

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-12-00096-CV**

**IN RE SHANNON LEE SIMON**

_____

**Original Proceeding**

_____

**MEMORANDUM  OPINION**

In this original proceeding Relator Shannon Lee Simon seeks mandamus relief against the Respondent Warden Herman Weston, Jr.  Simon states that the warden abused his position and promoted abuse of officers' positions by failing to comply with TDCJ rules, statutory law, and Constitutional provisions.  A court of appeals has no jurisdiction to issue a writ of mandamus against a warden except to protect or enforce its jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004).  We dismiss Simon's writ of mandamus for want of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed March 21, 2012
[OT06]